# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INLAND DIAMOND PRODUCTS CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-MC-00001-JRG |
| | § | |
| HOYA OPTICAL LABORATORIES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Inland Diamond Products Co.'s ("Inland") Motion to Quash the Deposition of Adam Southworth (the "Motion"). (Dkt. No. 1.) This Motion was transferred from the Eastern District of Michigan on May 23, 2018. (Dkt. No. 6.) Having dismissed the underlying lawsuit (Case No. 2:17-cv-416) (Dkt. No. 1-2, Ex. 1), the Court finds that the Motion should be and hereby is **DENIED AS MOOT**. The Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**
**Aug 6, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE